718

Commonwealth *v.* Johnson, Appellant.

Submitted November 25, 1975. *Lester G. Nauhaus* and *John R. Cook*, Trial Defenders, *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Louis R. Paulick* and *Robert L. Eberhardt*, Assistant District Attorneys, *Chris G. Copetas*, Deputy Assistant District Attorney, *Michael J. Reilly*, Administrative Assistant District Attorney, and *Robert E. Colville*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Jones, Appellant.

Submitted November 17, 1975. *John R. Cook*, Trial Defender, *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Order affirmed.